ROSE PRICE, Respondent, v. ANTON HOFFMAN, Appellant.— Judgment reversed on the law and the facts and a new trial granted, costs to abide the event, unless within ten days from the entry of the order herein the respondent stipulate to reduce the verdict to the sum of $1,500, in which event the judgment as thus

* Affd., 262 N. Y. 683.

modified is unanimously affirmed, without costs. We are of opinion that the verdict of $2,500, as rendered by the jury, is excessive. Lazansky, P. J., Kapper, Hagarty and Carswell, JJ., concur; Tompkins, J., not voting.